RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Paulino Nicholas-De La Cruz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO NICHOLAS-DE LA CRUZ,<br><br>Defendant. | Case No. 2:16-cr-191-JCM-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Paulino Nicholas-De La Cruz, that the Sentencing Hearing currently scheduled on June 1, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Counsel will be out of the district during the scheduled sentencing hearing date.
2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 16th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAULINO NICHOLAS-DE LA CRUZ,<br><br>　　　　Defendant. | Case No. 2:16-cr-191-JCM-PAL<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 1, 2017 at 10:30 a.m., be vacated and continued to **Tuesday, June 27, 2017 at 10:30 a.m.**

　　DATED May 18, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE