# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-191 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| PAULINO NICHOLAS-DE LA CRUZ, | |
| Defendant(s). | |

Presently before the court is the joint motion to consolidate the instant criminal case involving defendant Paulino Nicholas-De La Cruz, case no. 2:16-cr-00191-JCM-PAL, with the action that is now case no. 2:17-cr-128-JCM-PAL. (ECF No. 29).

On May 8, 2017, Judge Dorsey—who previously presided over the latter case—granted a joint motion to consolidate the two cases. *See* (ECF No. 12 in case no. 2:17-cr-128-JCM-PAL). The corresponding minute order adjudicating that motion states that "[t]his case 2:17-cr-00128-JAD-PAL is now consolidated with case 2:16-cr-00191-JCM-PAL." (*Id.*) (emphasis removed).

Here, the government has indicated that the operative plea agreement constitutes a "global resolution" of the "new charge and the alleged violations of conditions of supervised release," which encompasses issues in both cases. (ECF No. 29 at 2); *see also* (ECF No. 27). Therefore, this court also agrees to consolidate the cases and will grant the instant motion.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the present motion to consolidate (ECF No. 29) be, and the same hereby is, GRANTED

DATED June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE