1

2

3

4            UNITED STATES DISTRICT COURT

5                 DISTRICT OF NEVADA

6                        * * *

7    UNITED STATES OF AMERICA,            Case No. 2:16-CR-191 JCM (PAL)

8                        Plaintiff(s),              ORDER

9            v.

10   PAULINO NICHOLAS-DE LA CRUZ,

11                       Defendant(s).

12

13          Presently before the court is the matter of *USA v. Nicholas-De La Cruz*, case no. 2:16-cr-

14   00191-JCM-PAL-1.

15          On April 17, 2019, defendant Paulino Nicholas-De La Cruz ("defendant") filed a "motion

16   for final disposition of probation." (ECF No. 37). Although the substance of defendant's motion

17   is unclear, it appears as though defendant is requesting a sentence of probation in the instant

18   criminal case. *Id.*

19          However, defendant was sentenced in this matter on July 5, 2017. (ECF No. 35).

20   Accordingly, defendant's request for a sentence of probation is untimely. Also, insofar as

21   defendant is attempting to make a 28 U.S.C. § 2255 motion to amend his sentence, defendant has

22   not followed the proper procedure for doing so.

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS ORDERED THAT defendant's motion for "final disposition of probation" (ECF No.

3    37) be, and the same hereby is, DENIED.

4    IT IS SO ORDERED.

5    DATED July 1, 2019.

6    _____
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**